■ In the Matter of WILLIE M. ADAMS, Appellant, v WESTCHESTER COUNTY JAIL TIME ALLOWANCE COMMITTEE et al., Respondents.—In a proceeding pursuant to CPLR article 78 to compel the recomputation of jail time credit to the petitioner, the petitioner appeals from a judgment of the Supreme Court, Westchester County (Wood, J.), entered May 20, 1987, which dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the petitioner's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.